UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-80630-CV-MIDDLEBROOKS

SEAN SULLIVAN, et al.,

    Plaintiffs,

v.

PARTSBASE, INC., et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement, filed on October 20, 2020. (DE 67). Plaintiff initiated this action on April 13, 2020, alleging violations of overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). (DE 1). Four opt-in Plaintiffs have since joined the lawsuit. (DE 6; DE 15; DE 18; DE 26). The Parties now advise the Court that they have settled all claims in this action and move for dismissal. (DE 67).

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

Having reviewed the Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that the Parties' Settlement Agreement ("Settlement Agreement") (DE 67-1), including the separate Mutual General Release (DE 67-2), reflects a reasonable compromise over contested litigation to resolve bona fide disputes under the FLSA.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Parties' Motion (DE 67) is **GRANTED**.

(2) The Court **APPROVES** the Settlement Agreement (DE 67-1), including the separate Mutual General Release (DE 67-2) and settlement amount for attorneys' fees and costs, as a fair, adequate and reasonable settlement of the claims at issue.

(3) This action is **DISMISSED WITH PREJUDICE**.

(4) The Clerk of Court shall **CLOSE** this case.

(5) All pending motions are **DENIED AS MOOT**.

(6) Pursuant to the Parties' request, this Court will retain jurisdiction for a period of 60 days to enforce the terms of their Settlement Agreement.

**SIGNED** in Chambers at West Palm Beach, Florida, this 26th day of October, 2020.

Donald M. Middlebrooks
United States District Judge

cc:  Counsel of Record